## Douglas W. HASKINS, Appellant,

v.

## Russell ROGERSON, Appellee.

No. 01–1481.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 1, 2001.

Decided Oct. 2, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Douglas W. Haskins shot his wife and was sentenced to three consecutive terms of imprisonment after an Iowa jury found him guilty of multiple offenses. He argued on direct appeal, as he does in this 28 U.S.C. § 2254 proceeding, that his trial counsel was ineffective for failing to assert a double jeopardy challenge to the imposition of consecutive prison terms. *See*

referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

*State v. Haskins,* 573 N.W.2d 39, 42–44 (Iowa Ct.App.1997) (en banc). Like the district court, we find the decision of the Iowa Court of Appeals was neither contrary to, nor an unreasonable application of, clearly established federal law as determined by the Supreme Court. *See Siers v. Weber,* 259 F.3d 969, 972 (8th Cir.2001) (standard of review).

Accordingly, we affirm the denial of habeas relief. *See* 8ᵗʰ Cir. R. 47B.

A true copy.